IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GARY ZULLO,

    Plaintiff,

v.                                  CASE NO. 1:10-cv-00030-SPM-AK

PESSO DISTRIBUTORS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court upon the Plaintiff's Unopposed Motion to Extend Time to Reschedule Scheduling Conference. (Doc. 12). Having considered said motion, the Court is of the opinion that it should be GRANTED, and the parties shall have through August 6, 2010, to complete the scheduling conference.

DONE AND ORDERED this 20th day of July, 2010.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           Chief United States District Judge